KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
Kathleen A. Taylor, #131100
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 733-6263
Fax: (559) 737-4319
E-mail: ktaylor@co.tulare.ca.us

Attorneys for Defendants County of Tulare,
Sheriff Bill Wittman, and Detective Steve Sanchez

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAD YOUNG AND SANDRA YOUNG,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF VISALIA, VISALIA POLICE DETECTIVES NATHAN FLAWS, JEFF GILBERT, SONIA PAYNE, JEREMY EDIGER, SERGEANTS RUSS SKADAM and BRENT ABBOTT; OFFICERS LUMA FAHOUM, CHRIS McCLAIN, DWIGHT BRUMLEY, DOMINIC MENA, JARED WHALEY; AGENTS GREG BYERLEE and MARK LYON; LIEUTENANT JASON SALAZAR; COUNTY OF TULARE; TULARE COUNTY SERGEANT CHRIS JENNINGS. DETECTIVE STEVE SANCHEZ; CITY OF FARMERSVILLE, FARMERSVILLE POLICE CHIEF MARIO KRYSTIC, SERGEANT MIKE MARQUEZ, OFFICER TROY EVERETT; BILL WITTMAN, SHERIFF, COUNTY OF TULARE, in his individual capacity; DOES 1-20;<br><br>　　　　　Defendants. | Case No.: 1:09-CV-00115-AWI-GSA<br><br>STIPULATION OF PARTIES TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT AND ORDER |

　　The Plaintiffs and Defendants, County of Tulare, Sheriff Bill Wittman and Detective Steve Sanchez, hereby stipulate and agree as follows:

1. Plaintiffs hereby grant an extension of time up to and including June 30, 2009, in which Defendants COUNTY OF TULARE, SHERIFF BILL WITTMAN and DETECTIVE STEVE SANCHEZ can file a response to Plaintiffs Complaint.

Dated: June 15, 2009         /s/ James C. Holland

                             JAMES C. HOLLAND
                             Attorney for Plaintiffs



Dated: June 15, 2009         KATHLEEN BALES-LANGE
                             Tulare County Counsel



                             By /s/ Kathleen A. Taylor
                             KATHLEEN A. TAYLOR
                             Deputy County Counsel
                             Attorneys for Defendants County of Tulare,
                             Sheriff Bill Wittman, and Detective Steve Sanchez


IT IS SO ORDERED.

Dated:   June 17, 2009              /s/ Anthony W. Ishii
                             CHIEF UNITED STATES DISTRICT JUDGE