IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAD YOUNG and SANDRA YOUNG,        )<br>                                                                   )<br>                        Plaintiffs,              )<br>        v.                                                      )<br>                                                                   )<br>CITY OF VISALIA, et al.,                      )<br>                                                                   )<br>                                                                   )<br>                        Defendants.          )<br>_____) | 1:09-CV-115  AWI GSA<br><br>ORDER VACATING JULY 27,<br>2009, HEARING DATE AND<br>TAKING MATTERS UNDER<br>SUBMISSION |

      Currently pending before this Court are the "Farmersville Defendants'" and the "Visalia Defendants'" respective Rule 12(b)(6) motions to dismiss.  Hearing on these matters is set for July 27, 2009, at 1:30 p.m.  The court has reviewed the submissions of the parties and has determined that these matters are suitable for decision without oral argument.  Local Rule 78-230(h).

      Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 27, 2009, is VACATED, and the parties shall not appear at that time.  As of July 27, 2009, the Court will take these motions to dismiss under submission and will thereafter issue its decision.

      IT IS SO ORDERED.

Dated:   July 21, 2009                             /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE