IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAD YOUNG and SANDRA YOUNG,<br><br>    Plaintiffs,<br>    v.<br><br>CITY OF VISALIA, et al.,<br><br>    Defendants. | 1:09-CV-115  AWI GSA<br><br>ORDER VACATING NOVEMBER 16, 2009, HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Currently pending before this Court is the "Visalia Defendants'" Rule 12(b)(6) motion to dismiss. Hearing on the matter is set for November 16, 2009, at 1:30 p.m. The Court has reviewed the submissions of the parties and has determined that these matters are suitable for decision without oral argument. Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 16, 2009, is VACATED, and the parties shall not appear at that time. As of November 16, 2009, the Court will take these motions to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 10, 2009          /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE