IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAD YOUNG and SANDRA YOUNG, ) <br> ) <br>          **Plaintiffs**,  ) <br>   v.               ) <br>                             ) <br> CITY OF VISALIA, et al.,     ) <br>                             ) <br>          **Defendants**.  ) <br> _____ ) | 1:09-CV-115  AWI GSA <br><br> **ORDER REGARDING** <br> **NOTICE OF STIPULATION** <br> **FOR DISMISSAL OF TULARE** <br> **COUNTY DEFENDANTS** |

     On March 9, 2011, Plaintiffs and the Tulare County Defendants (the County of Tulare, Tulare County Sheriff Bill Wittman, Steve Sanchez, and Chris Jennings) filed a stipulation for dismissal of Plaintiffs' claims against the Tulare County Defendants.  There are other defendants in this case who have filed an answer.  However, those Defendants did not sign the stipulation. Cf. Fed. R. Civ. Pro. 41(a)(1)(A)(ii).  The Court will order all other Defendants to file either an opposition or statement of non-opposition before authorizing dismissal.  Cf. Fed. Rs. Civ. Pro. 41(a)(1)(A)(ii), (a)(2).

     Accordingly, IT IS HEREBY ORDERED that all other Defendants in this case shall file either an opposition or statement of non-opposition to the stipulated dismissal of the "Tulare Defendants" as soon as possible, but no later than 1:00 p.m. March 18, 2011.

IT IS SO ORDERED.

Dated:   March 11, 2011                                        _____
                                                                            CHIEF UNITED STATES DISTRICT JUDGE