**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THAD YOUNG and SANDRA YOUNG,  )<br>                                                              )<br>              **Plaintiffs**,                      )<br>      v.                                                  )<br>                                                              )<br>CITY OF VISALIA, et al.,                   )<br>                                                              )<br>                                                              )<br>              **Defendants.**                   )<br>_____) | 1:09-CV-115  AWI SKO<br><br>**ORDER DISMISSING<br>TULARE DEFENDANTS PER<br>STIPULATION**<br><br>(Doc. Nos. 78, 80, 81) |

   On March 9, 2011, Plaintiffs and the Tulare Defendants (the County of Tulare, Tulare County Sheriff Bill Wittman, Steve Sanchez, and Chris Jennings) filed a stipulation for dismissal.  Because other defendants who had filed answers in this matter had not signed the stipulation, the Court required the other defendants to file either oppositions or statements of non-opposition to dismissal of the Tulare Defendants.  On March 15 and March 16, all other defendants in this matter filed statements of non-opposition.  Because all answering defendants have not indicated no opposition to the dismissal of the Tulare Defendants, the Court will honor the stipulation.  See Fed. R. Civ. Pro. 41.

   Accordingly, IT IS HEREBY ORDERED that, as per the stipulation and notices of non-opposition, Defendants the County of Tulare, Tulare County Sheriff Bill Wittman, Steve Sanchez, and Chris Jennings are DISMISSED from this case.

IT IS SO ORDERED.

Dated:     March 17, 2011                              _____
                                                                      CHIEF UNITED STATES DISTRICT JUDGE