1

2

3

4

5

6

7 **IN THE UNITED STATES DISTRICT COURT FOR THE**

8 **EASTERN DISTRICT OF CALIFORNIA**

9

10   THAD YOUNG and SANDRA YOUNG,   )   1:09-CV-115  AWI GSA
                                     )
11                  **Plaintiffs**,    )
          v.                         )   **AMENDED ORDER OF**
12                                   )   **DISMISSAL AS TO**
     CITY OF VISALIA, et al.,        )   **DEFENDANT MARIO KRSTIC**
13                                   )   **AND TROY EVERETT**
                                     )
14                  **Defendants**.    )   (Doc. No. 84)
     _____)

15

16

17        On June 9, 2011, the parties filed a Rule 41 stipulation for dismissal of certain parties.

18 See Doc. No. 83.  The stipulation provided for the dismissal with prejudice of Defendant Mario

19 Krstic from the entirety of the case.  See id.  The stipulation also provided that all claims by

20 Sandra Young against Troy Everett were dismissed with prejudice.  See id.  The stipulation was

21 signed by all parties.  See id.

22        On June 13, 2011, the Court issued an order directing the Clerk to dismiss Defendants

23 Krstic and Everett entirely from the case.  The docket reflects that both Krstic and Everett were

24 terminated entirely from the case.  However, as discussed above, the stipulation provided only

25 for the dismissal of Sandra Young's claims against Everett.  Plaintiff Thad Young did not

26 dismiss his claims against Everett.  The Court will issue this amended order so as to accurately

27 reflect the June 9 stipulation.

28        Pursuant to the June 9 stipulation (Doc. No. 83) and the provisions of Rule 41(a), the

1   Court will again give effect to the stipulation and confirm the dismissal Defendant Mario Krstic

2   from this case with prejudice.  See Doc. No. 83; Fed. R. Civ. Pro. 41(a); Wilson v. City of San

3   Jose, 111 F.3d 688, 692 (9th Cir. 1997); Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d

4   1186, 1191 (9th Cir. 1989); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989).  Additionally,

5   Plaintiff Sandra Young's claims against Troy Everett are dismissed with prejudice.  See id.

6   Plaintiff Thad Young's claims against Troy Everett remain in force.

7

8          Accordingly, IT IS HEREBY ORDERED that:

9   1.     The Court's June 13, 2011, order (Document No. 84) is AMENDED;

10  2.     Defendant Mario Krstic is DISMISSED from the entirety of this case with prejudice

11         pursuant to the June 9, 2011, stipulation and Rule 41;

12  3.     Plaintiff Sandra Young's claims against Troy Everett are DISMISSED with prejudice;

13         and

14  4.     The Clerk shall correct the docket to reflect that Defendant Troy Everett remains an

15         active defendant in this case.

16  IT IS SO ORDERED.

17  Dated:    June 14, 2011                          _____

18                                                   CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28