```
JAMES C. HOLLAND; SBN 134233
Attorney at Law
134 North Conyer St.
Visalia, CA  93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for plaintiffs THAD YOUNG AND SANDRA YOUNG
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAD YOUNG and SANDRA YOUNG ) | 1:09-CV-115 AWI SKO |
| ) | |
|     Plaintiffs, ) | NOTICE OF BANKRUPTCY |
| ) | OF DEFENDANT NATHAN FLAWS, |
| vs. ) | AND STIPULATION REQUESTING |
| ) | STATUS CONFERENCE AND |
| CITY OF VISALIA; et al., ) | PROPOSED ORDER |
| ) | |
|     Defendants. ) | |

**NOTICE OF BANKRUPTCY**

TO ALL INTERESTED PARTIES, PLEASE TAKE NOTICE that Defendant Nathan Flaws has filed for Chapter 11 Bankruptcy in the Eastern District of California, Fresno Division under case number 11-15640-B.

**STIPULATION**

PLEASE TAKE FURTHER NOTICE that the parties hereto, by and through legal counsel of record, do hereby agree that:

Whereas, Defendant Nathan Flaws has filed a petition for Bankruptcy as above; and

Whereas, the Flaws' Bankruptcy has impacted discovery that was scheduled but not taken; and

Whereas, Plaintiffs intend to seek relief from the automatic stay in the Flaws' Bankruptcy, and

1

1  Whereas, the effective administration of this case would
2 benefit from a status conference at this time; and
3  Whereas, no party will be prejudiced by the requested status
4 conference;
5  It is hereby stipulated between legal counsel for the
6 parties to this litigation that the Court set a Status Conference
7 at which counsel may appear telephonically, for the purpose of
8 modifying the case schedule in view thereof.

9 Dated: June 28, 2011         /s/ James C. Holland
                               James C. Holland, Attorney for
10                              plaintiffs Thad Young and
                               Sandra Young
11
Dated: June 28, 2011         DOOLEY, HERR, PELTZER & RICHARDSON, LLP
12
                             /s/ Leonard C. Herr
13                       By: Leonard C. Herr, Attorneys for
                             Defendants, CITY OF VISALIA, NATHAN
14                            FLAWS, JEFF GILBERT, SONIA PINE, JEREMY
                             EDIGER, RUSS SKADAN, BRENT ABBOTT, LUMA
15                            FAHOUM, CHRIS MCCLAIN, DWIGHT BRUMLEY,
                             DOMINIC MENA, JARED WHALEY, GREG
16                            BYERLEE, MARK LYON, and JASON SALAZAR

17 Dated: June 29, 2011         NELSON & ROZIER

18                              /s/ Jeffery S. Nelson
                         By: Jeffery S. Nelson, Attorneys for
19                            Defendants City of Farmersville,
                             Sergeant Mike Marquez and
20                            Officer Troy Everett

21                                 **ORDER**

22  Upon good cause being shown, it is so ordered.  A Status
23 Conference in this case is set for July 14, 2011, at 10:15 a.m.
24 in Courtroom 8.  Counsel may appear telephonically at this Status
25 Conference.
26 IT IS SO ORDERED.
27 **Dated:   July 1, 2011**              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE
28

2