# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thad Young, et al., | CASE NO. 1:09-cv-00115-AWI-SKO |
| Plaintiffs, | **ORDER THAT PLAINTIFFS FILE A NOTICE AND COPY OF U.S. BANKRUPTCY COURT'S ORDER LIFTING THE AUTOMATIC STAY AS IT PERTAINS TO DEFENDANT NATHAN FLAWS** |
| v. | |
| City of Visalia, et al., | |
| Defendants. | |
| _____/ | |

The parties have indicated that the United States Bankruptcy Court for the Eastern District of California, Fresno Division, has lifted the automatic stay issued in the bankruptcy proceeding as to defendant Nathan Flaws in case number 11-15640-B. (*See* Doc. 100).

Accordingly, on or before March 23, 2012, Plaintiffs shall file a notice on this Court's docket of the Bankruptcy Court's order and shall include a copy of the order to allow this Court to formally lift the stay in this litigation.

IT IS SO ORDERED.

**Dated:   March 20, 2012**                    **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE