# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thad Young, et al., | CASE NO. 1:09-cv-00115-AWI-SKO |
| Plaintiffs, | **ORDER LIFTING STAY OF PROCEEDINGS** |
| v. | |
| City of Visalia, et al., | |
| Defendants. | |
| _____/ | |

On February 21, 2012, the parties advised the Court that the United States Bankruptcy Court for the Eastern District of California has lifted the automatic bankruptcy stay as to Defendant Nathan Flaws. (*See* Doc. 100.)

On March 20, 2012, Plaintiffs filed a notice and a copy of the Bankruptcy Court's order lifting the automatic stay. (Doc. 107.) Accordingly, the stay of proceedings imposed on this action is LIFTED.

IT IS SO ORDERED.

**Dated:   March 21, 2012**          /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE