# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAD YOUNG, et al., | CASE NO. 1:09-cv-00115-AWI-SKO |
| Plaintiffs, | **ORDER GRANTING PARTIES' REQUEST TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| CITY OF VISALIA, et al., | (Docket No. 109) |
| Defendants. / | |

On May 15, 2012, the parties filed a stipulated request to modify the scheduling order based on Plaintiff's counsel bereavement due to the passing of a family loved one. (Doc. 109.) On May 18, 2012, an informal telephonic conference was held, and the parties agreed that the schedule should be modified as follows:

| Event | Existing Deadline/Date | Modified Deadline/Date |
|---|---|---|
| Non-Expert Discovery | June 22, 2012 | July 23, 2012 |
| Initial Expert Disclosure | June 29, 2012 | June 29, 2012 |
| Disclose Rebuttal Experts | July 13, 2012 | July 13, 2012 |
| Expert Discovery Completion | August 10, 2012 | September 14, 2012 |
| Non Disp. Motion Filing | August 15, 2012 | September 24, 2012 |
| Non Disp. Motion Hearing | September 12, 2012 | October 24, 2012 |
| Disp. Motion Filing | September 17, 2012 | November 5, 2012 |

| Disp. Motion Hearing | October 29, 2012 | December 17, 2012 |
| --- | --- | --- |
| Pretrial Conference | December 12, 2012 | February 6, 2013 |
| Trial | February 5, 2013 | April 9, 2013 |

The parties did not request modification to the initial expert disclosure or expert rebuttal disclosure dates; as such, those dates remain unchanged. The settlement conference shall remain set on July 10, 2012, at 10:00 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto.

It is HEREBY ORDERED that the scheduling order shall be amended pursuant to the modified deadlines/dates set forth above.

IT IS SO ORDERED.

**Dated:   May 18, 2012**              /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE