```
 1  JAMES C. HOLLAND, #134233
    Attorney at Law
 2  134 North Conyer St.
    Visalia, CA  93291
 3  (559) 741-1112
    FAX: (559) 741-1113
 4
    Attorney for Plaintiffs THAD YOUNG AND SANDRA YOUNG
 5
 6
 7
 8                UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  THAD YOUNG and SANDRA YOUNG   ) 1:09-CV-00115 AWI SKO
                                  )
12                                ) STIPULATION AND
          Plaintiffs,             ) ORDER MODIFYING
13                                ) SETTLEMENT CONFERENCE
    vs.                           ) DATE
14                                )
    CITY OF VISALIA; et al.       ) Prior Date: Dec. 6, 2012
15                                ) New Date: Jan. 23, 2013
          Defendants.             ) Time: 11:00 a.m
16  _____) Ctrm: 7
                                    Hon. Sheila K. Oberto
17
18       To all interested persons, please take notice that the
19  parties hereto, by and through counsel of record, do hereby
20  ///
21  ///
22
23
24
25
26
27  ///
28  ///
                                  1
```

1  stipulate and agree, that the Settlement Conference presently set
2  for December 6, 2012, should be re-set to January 23, 2013 at
3  11:00 a.m..

4  Dated: Dec. 3, 2012        /s/ James C. Holland
                               James C. Holland, Attorney for
5                              plaintiffs Thad Young and
                               Sandy Young
6
   Dated: Dec. 3, 2012        DOOLEY, HERR, PELTZER & RICHARDSON, LLP
7

8                              /s/ Leonard C. Herr
                           By: Leonard C. Herr, Attorneys for
9                              Defendants, CITY OF VISALIA, NATHAN
                               FLAWS, JEFF GILBERT, SONIA PINE, JEREMY
10                             EDIGER, RUSS SKADAN, BRENT ABBOTT, LUMA
                               FAHOUM, CHRIS MCCLAIN, DWIGHT BRUMLEY,
11                             DOMINIC MENA, JARED WHALEY, GREG
                               BYERLEE, MARK LYON, and JASON SALAZAR
12
                               NELSON ROZIER
13

14 Dated: Dec. 3, 2012         /s/ Jeffery Nelson
                           By: Jeffery Nelson, Attorneys for Defendants
15                             Defendants CITY OF FARMERSVILLE, MIKE
                               MARQUEZ, TROY EVERETT
16

17

18 IT IS SO ORDERED.

19 **Dated:   December 3, 2012**             /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

                                    2