```
JAMES C. HOLLAND; SBN 134233
Attorney at Law
134 North Conyer St.
Visalia, CA  93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for plaintiffs THAD YOUNG AND SANDRA YOUNG
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAD YOUNG and SANDRA YOUNG | ) Case No: 1:09-CV-115 AWI SKO |
| Plaintiffs, | ) STIPULATION OF DISMISSAL |
| | ) OF DEFENDANT CITY OF |
| vs. | ) VISALIA; ORDER |
| | ) THEREON |
| CITY OF VISALIA; et al., | ) |
| | ) (Fed. R. Civ. Pro. 41(a)(1)) |
| Defendants. | ) |

To all interested parties, please take notice that pursuant to settlement, the parties hereto, by counsel of record, do hereby stipulate and agree to Plaintiffs Thad Young and Sandra

///
///

///
///

1

1 | Young voluntary dismissal, pursuant to Fed. R. Civ. Pro.
2 | 41(a)(1)(ii), of City of Visalia.

Dated: March 25, 2013   /s/ James C. Holland
                        James C. Holland, Attorney for
                        Plaintiffs Thad Young and
                        Sandra Young

Dated: March 27, 2013   DOOLEY, HERR, PEDERSEN & BERGLUND-
                        BAILEY


                        /s/ Leonard C. Herr
                   By:  Leonard C. Herr, Attorneys for
                        Defendants, CITY OF VISALIA, NATHAN
                        FLAWS, JEFF GILBERT, SONIA PAYNE, JEREMY
                        EDIGER, RUSS SKADAN, BRENT ABBOTT, LUMA
                        FAHOUM, CHRIS MCCLAIN, DWIGHT BRUMLEY,
                        DOMINIC MENA, JARED WHALEY, GREG
                        BYERLEE, MARK LYON, and JASON SALAZAR

                        NELSON-ROZIER

Dated: March 26, 2013   /s/ Jeffery S. Nelson
                   By:  Jeffery S. Nelson, Attorneys for
                        Defendants CITY OF FARMERSVILLE, MIKE
                        MARQUEZ, TROY EVERETT

///

///

IT IS SO ORDERED.

Dated:   March 27, 2013
                                        _____
                                        SENIOR DISTRICT JUDGE